IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONACIANO OLIVO and
CLARENCE PACHECO,

        Plaintiffs,

 vs.                                                                                No. CIV 10-782 BB/LFG

CRAWFORD CHEVROLET, INC.,

        Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINE

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion [Doc. 20] to Extend Deadline for Plaintiffs' Response to Defendant's Motion to Dismiss Pay Discrimination Claim. Plaintiffs having shown good cause therefor and Defendants being unopposed, and the proposed extension not affecting any other case management deadlines,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Deadline [Doc. 20] is granted. Plaintiffs' Response to Defendant's Motion to Dismiss Pay Discrimination Claim is extended to November 19, 2010.

                                                                              _____
                                                                              Lorenzo F. Garcia
                                                                              United States Magistrate Judge