IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DONACIANO OLIVO and CLARENCE PACHECO**,

      Plaintiffs,

v.                                                   No. CIV 10-782 BB/LFG

**CRAWFORD CHEVROLET, INC. and CARL ROMERO,**

      Defendants.

## ORDER

      A Memorandum Opinion having been filed on this date, it is hereby ORDERED that Plaintiffs' objections (Doc. 64) to the Magistrate Judge's opinion and order (Doc. 60) be, and hereby are, DENIED, and the Magistrate Judge's order is AFFIRMED.

      Dated this 20th day of September, 2011.

                                          BRUCE D. BLACK
                                          United States District Judge