IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
_____

DONACIANO OLIVO and
CLARENCE PACHECO,

      Plaintiffs,

v.                                               No. CIV 10-782 BB/LFG

CRAWFORD CHEVROLET INC. and
CARL ROMERO,

      Defendants.

## ORDER ON ATTORNEYS' FEES

THE COURT having entered its *Memorandum Opinion in Support of Order on Attorneys' Fees* herewith;

IT IS ORDERED that Plaintiffs are awarded the following in attorneys' fees:

| | |
|---|---|
| Daniel Yohalem | $24,053.75 |
| Brandt Milstein | $55,194.53 |

Dated this 25th day of June, 2012.

_____
**BRUCE D. BLACK**
**Chief Judge**